IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

*In re:*  CASE NO. 22-12983-PDR
CHAPTER 13

SAMANTHA BARBARA SHORTER,

    Debtor.
_____/

**OBJECTION TO CONFIRMATION**

U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust ("Secured Creditor"), by and through its undersigned attorney, objects to the Debtor`s Chapter 13 Plan (DE 22)(the "Plan") and to Confirmation of the Plan, and in support thereof states as follows:

1. Secured Creditor maintains a security interest in Debtor`s real property located at 208 Magnolia Avenue, Davie, FL 33325.

2. Secured Creditor has not yet filed a Proof of Claim in this case, but intends to do so prior to the expiration of the claims bar deadline.

3. The Debtor's Plan includes arrearage payments to Secured Creditor, however, the amount provided for by the Debtor is not sufficient to cure the arrearages owed to Secured Creditor. The Plan only provides for payment of a prepetition arrearage of $200,000.00 while the correct arrearage is approximately $212,705.90.

4. The Debtor is not a party to the Promissory Note or Mortgage concerning the Property, and is not in privity of contract with Secured Creditor, and should not be permitted to repay the contractual arrearage amounts.

5. The Debtor's Plan fails to provide adequate protection to Secured Creditor in

violation of 11 U.S.C. §362.

6. Thus, Secured Creditor objects to the Debtors` Plan as it fails to comply with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5), and cannot be confirmed.

**WHEREFORE**, Secured Creditor, U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust, respectfully requests that this Court deny confirmation of the Debtors` proposed Chapter 13 Plan, and require the Debtors to modify or amend the Plan to overcome Secured Creditor's objections as stated herein, conform to the entire amount due under Secured Creditor's Proof of Claim, and such other relief as the Court deems just and proper.

Respectfully submitted,
HOWARD LAW GROUP

/s/ Matthew Klein
MATTHEW KLEIN
FLORIDA BAR#: 73529
4755 Technology Way, Suite 104
Boca Raton, FL 33431
Telephone: (954) 893-7874
Fax: (888) 235-0017
Email: matthew@howardlaw.com

**I HEREBY CERTIFY** that on June 14, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System, which will send a notice of electronic filing to all CM/ECF participants:

Elias Leonard Dsouza, Esq., 8751 W. Broward Blvd # 301, Plantation, FL 33324

Robin R Weiner, Chapter 13 Trustee, Post Office Box 559007, Fort Lauderdale, FL 33355

Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130

And a true and correct copy was mailed to:

Samantha Shorter, 208 Magnolia Avenue, Davie, FL 33325

/s/ Matthew Klein
MATTHEW KLEIN
FLORIDA BAR#: 73529